UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISABEL BERMUDEZ,

                        Plaintiff,

-against-

MEMORIAL HOSPITAL FOR CANCER
AND ALLIED DISEASES,

                        Defendant.
------------------------------------------------------------------X

Case No.: 08 CV 01977

**RULE 7.1 DISCLOSURE STATEMENT**

Judge assigned:
Leisure, J.

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the private (non-governmental) party herein certifies that the corporate defendant is not publicly held and has no corporate parents, subsidiaries, or affiliates that are publicly held.

Dated: Valhalla, New York
       April 1, 2008

                                      Respectfully submitted,

                                      KAUFMAN BORGEEST & RYAN LLP
                                      By: Stephanie B. Gitnik, Esq. (SG2588)
                                      Michael P. Mezzacappa (MM 0757)
                                      Attorneys for Defendant
                                      **MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES**
                                      200 Summit Lake Drive, First Floor
                                      Valhalla, New York 10595
                                      (914) 741-6100
                                      Our File No.: 716.397

TO:    Eric Dinnocenzo (ED3430)
          TRIEF & OLK
          Attorneys for Plaintiff
          150 East 58th Street, 34th Floor
          New York, New York 10155
          212-486-6060

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing Rule 7.1 Disclosure Statement upon following counsel, by placing same in the United States Mail, on this 1st day of April, 2008 and by filing the same electronically with the Court's ECF System:

Eric Dinnocenzo (ED3430)
TRIEF & OLK
Attorneys for Plaintiff
150 East 58th Street, 34th Floor
New York, New York 10155
212-486-6060

    I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Dated: Valhalla, New York
        April 1, 2008

                                                                /s/ Stephanie B. Gitnik
                                                                Stephanie B. Gitnik, Esq. (SG2588)